

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Billy Doyce Beck,

Vs. No. 11-18-00052-CR

The State of Texas,

* From the 244th District Court
  of Ector County
  Trial Court No. C-17-0893-CR.

* February 21, 2020

* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.